# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF HERA ARMENIAN, BAR NO. 12322.

No. 71741

FILED

DEC 15 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DECLINING TO IMPOSE TEMPORARY SUSPENSION

This is a petition under SCR 111 concerning attorney Hera Armenian, based on a conviction for one count of reckless driving involving the consumption of alcohol, a misdemeanor in violation of California Vehicle Code §§ 23103 and 23103.5. Armenian self-reported the conviction to the State Bar. Because the crime is not one of those specifically enumerated in SCR 111(6) as a "serious" crime, temporary suspension and referral to the disciplinary board are discretionary with this court. SCR 111(9).

The seriousness of drinking and driving cannot be minimized, however, a first offense is not the type of offense for which professional discipline is typically imposed. 2 Geoffrey C. Hazard, Jr., W. William Hodes, & Peter R. Jarvis, *The Law of Lawyering*, § 69.04, at 69-13 (4th ed. 2015); *In the Matter of Respondent I*, 2 Cal. State Bar Ct. Rptr. 260, 266 n.6, 272 (Rev. Dept. 1993). Accordingly, having considered the petition and supporting documentation, we conclude that Armenian's offense does

16 - 39019

not warrant the imposition of a temporary suspension or referral to a disciplinary board at this time.

It is so ORDERED.

_____ , J.
Cherry

_____ , J.
Douglas

_____ , J.
Gibbons

cc:   C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
      Hera Armenian